NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTIAN BEILER, DOC #C08422, )
 )
   Appellant, )
 )
v. )  Case No. 2D18-2744
 )
STATE OF FLORIDA, )
 )
   Appellee. )
_____)

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Stephen M. Walker,
Judge.


PER CURIAM.


   Affirmed.


MORRIS, SALARIO, and BADALAMENTI, JJ., Concur.